MARY CAREY, as Administratrix, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order reversed, as against the weight of evidence, new trial ordered, costs to appellant to abide the event. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page JJ.

JOHN MACON, Appellant, v. MARY MACON, Changed by Marriage to MARY BROWN, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Judicial Settlement of FRANK A. WILLIS, as Executor, etc., of PHEBE WILLIS, Deceased. HUDSON RIVER STATE HOSPITAL, Appellant; FRANK A. WILLIS, as Executor, etc., and Others, Respondents. — Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WALTER L. GRAHAM, an Infant, etc., Respondent, v. ETHEL M. BISBEE, Impleaded with VIRGINIA W. McMASTERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SARAH J. GRAHAM, Respondent, v. ETHEL M. BISBEE, Impleaded with VIRGINIA W. McMASTERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BARNET FEINSTEIN, Respondent, v. MAX SCHWARTZ and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FANNY BOYLE, Appellant, v. DANIEL BOYLE and Another, Individually and as Executors, etc., and Others, Respondents.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that the court erred in dismissing the complaint. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNETTA MORUZZI, an Infant, etc., Respondent, v. VICTOR GIANETT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Transfer Tax upon the Estate of JOSEPH HAWES, Deceased. WILLIAM E. STONE, Sole Surviving Trustee, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements on 162 Appellate Division, 172. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Transfer Tax upon the Estate of GEORGIA C. BALCH, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; GRACE C. BALCH, Administratrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN C. LONGIARU, Respondent, v. WILLIAM B. BROWN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.